# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**RECEIVED**
AUG 24 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Plaintiff(s),

vs. RONALD L. PHILLIPS

Case No. 23-cv-2618 (WMW/JFD)
(To be assigned by Clerk of District Court)

Hennepin County

THE CITY OF ST. LOUIS PARK

DEMAND FOR JURY TRIAL

YES ☐    NO ☒

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

**PARTIES**

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name: RONALD L. PHILLIPS

   Street Address: GENERAL DELIVERY

   County, City: HENNEPIN   MINNEAPOLIS ST. LOUIS PARK

   State & Zip Code: MINNESOTA   55440

   Telephone Number: 612 723 9627

**SCANNED**
AUG 24 2023
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name: The City of St. Louis Park

   Street Address: 5001 MINNETONKA BLVD.

   County, City: HENNEPIN   St. Louis Park

   State & Zip Code: MINNESOTA   55416

   b. Defendant No. 2

   Name: Hennepin County

   Street Address: 300 South 6th Street

   County, City: Hennepin   Minneapolis

   State & Zip Code: Minnesota   55403

   c. Defendant No. 3

   Name:

   Street Address:

   County, City:

   State & Zip Code:

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

2

## JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal Question ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

    THE AMERICAN DISABILITY Act.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name:                State of Citizenship:

    Defendant No. 1:               State of Citizenship:

    Defendant No. 2:               State of Citizenship:

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    ☒ Defendant(s) reside in Minnesota  ☒ Facts alleged below primarily occurred in Minnesota

    ☐ Other: explain

## STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7. I HAVE A LETTER DATED 14 MARCH 2023 THAT CLAIM'S TONY/OTHER DID NOT STATE MERRY CHRISTMAS / HAPPY Hannaka AFTER I STATED. "I AM A JEW". FROM THE ST. LOUIS PARK POLICE.

8. I HAD ASKED THE POLITE GIRL/LADY EMPLOYEE AT ST. LOUIS PARK CITY HALL FOR HELP TO FILE A CLAIM FOR FINACIAL COMPENSATION, HOWEVER THE EMPLYOEE KINDLY STATED "HOW DO YOU SPELL HANNAKA?"

9. Hennepin County Violates my Life.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

DEMAND A SETTLEMENT.
I DEMAND A FIFTY THOUSAND MINIMUM DOLLAR AMOUNT.
I SEEK THE SEVEN MILLION DOLLAR AMOUNT NEEDED TO OBTAIN LOSS OF PUBLIC STATURE.

Signed this 18TH day of JULY 2023

Signature of Plaintiff  Ronald L. Phillips

Mailing Address  RONALD LAWRENCE PHILLIPS
GENERAL DELIVERY
MINNEAPOLIS, MINNESOTA
55440

Telephone Number  612 723 9627

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.