To the Court of the U.S.A.
Additional Fact
Court File No:
023-CV-02618

Page 01 of 08

Response

October 07/2023

Title III A.D.A.
Call
Access
or Visit
March 30th 2011
U.S.A. -VS- Wells Fargo

Out of COURT Settlement.

Rep. Ilhan is a Anti Semite - stated U.S. Senator - Republican.

Mail Address,
General Delivery,
Minneapolis, MN
55440

Ronald Lawrence Phillips

#1

My Public Service is dedicated to, the MOM of Susan Segal Judge MN. Minneapolis City Attorney,

RECEIVED
NOV 07 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Ground Force Movie
Gloria M. Segal

G L O R I A
that is what
I AM
Minnesota
House of Representatives
talking about 24/7.

SCANNED
NOV 07 2023
U.S. DISTRICT COURT MPLS

Dear Ron —
Thank you for calling me, Please take care of yourself, Be well.
Gloria Segal

02 Page [##] of 08 | Federal Court File No.
023-CV-02618   WMW/02618

Barry Snyder Bonoff - Cook County News Herald (cookcountynews-herald.com)

# https://www.cookcountynews-herald.com/articles/barry-snyder-bonoff/

# Barry Snyder Bonoff  he called a cab,

Open Audio Article Player

January 13, 2023

Bonoff, Barry Snyder age 91, of Minnetonka, Minnesota, passed away on December 25th, 2022. Born on June 30th, 1931, in Omaha, Nebraska to S'reve and Joseph Bonoff, he grew up in Minneapolis, Minnesota. Barry attended Washburn High School, with a stint at Shattuck St. Mary's, made short when he called a cab to sneak home while his parents were out [...]

#1 Minnesota Senator Terri Bonoff stated, 08/01/2023, "Do not call 911 I DO NOT TRUST The Police?..."

Phillips had called MN Sen. Terri to, once again, plead for legal help, N.M.D.G.S.

Mail Address
General Delivery
MPLS, MN 55440
Phillips Ronald L.

#2 Excelsior Wisconsin May 11ᵗʰ 2023 7:20 AM

EXCELSIOR, WIS.
**Student fatally hit 2023 boarding school bus** May

A middle-school student waiting to board a school bus in Wisconsin was struck and killed Friday by a pickup truck that failed to slow down in time, authorities said. the 11th
The Sauk County Sheriff's Office said the student at Webb Middle School in Reedsburg was fatally injured about 7:20 a.m. along Highway 23/33 in the Town of Excelsior, northwest of Madison.
The sheriff's office said a Reedsburg school bus had stopped to pick up the student on the highway's north side when the pickup's driver failed to slow down in time and sideswiped the bus, striking the student, who was pronounced dead at the scene.
The sheriff's office said the pickup ended up in a roadside ditch. No one on the school bus was hurt, while the pickup's driver suffered minor injuries, authorities said.

Federal Court File No.
023-CV-02618
WMW/ JFD
Page ☐ of 08
03



Door to Door 24 7







Additional Facts:
# 023 CV 02618 Court File No.
WMW/JFD
Page # 04 of 08
Response, Oct. 07/2023

**St. Louis Park**
MINNESOTA
LIFE



MERRY CHRISTMAS & HAPPY NEW YEAR

14 March 2023

RONALD PHILLIPS
4320 HWY 7 APT 202
ST LOUIS PARK MN 55416



**Metes & Bounds**
Management Company

Yajayra (Jay) Cuevas
*Property Manager*

Lynn Plaza/Park Point
4300 Highway 7
St. Louis Park, MN 55416
952.927.5974
parkpoint@metesbounds.com

Suite 100 • 6640 Lyndale Avenue South • Richfield, Minnesota 55423
www.metesbounds.com

Dear Mr. Phillips,

On or about March 10th, 2023, you had a conversation with a city hall staff member regarding a complaint you wanted to make against an officer that told you "Merry Christmas" sometime earlier—presumably in December 2022. Information about your complaint was forwarded to command staff in the police department. Lt. Garland reviewed the circumstances surrounding the contact you are referencing (determined to have occurred on 12-9-22), conducted a full investigation, and provided a summary of the above to me for final review.

After consideration of your complaint and the review conducted by Lt. Garland, I do not find any policy or procedure violation regarding the officer's statement to you, and have concluded that no additional action is warranted in this case. I have therefore determined that your complaint about officer conduct does not constitute a policy or procedure violation and is unfounded.

Sincerely,

[signature]

CHIEF BRYAN KRUELLE
ST. LOUIS PARK POLICE DEPARTMENT
952-924-2610
bkruelle@stlouisparkmn.gov

#1 St Louis Park, MN., P.D. Tony one other

#2 The Girl employee stated, "How do I spell Hannaka?"

Mail Address From: Phillips Ronald L.
General Delivery
Minneapolis, MN. 55440

Additional Facts Page 5 of 8 Response 10/07/2023

Filed - October - 07 - 2023

Court File No.: 023-cv-02618
(WMW-JFD)

**#1** Response to the Motion to, deny help - <u>dismiss</u>, the crime's that Phillips is subject to from the Hennepin County, Minnesota State.

**#1 cont.** Joyce / Sandra Mediation stated "We Work for Hennepin County". 763 561-0033

Mail Address,
From: Phillips Ronald L.
General Delivery,
Minneapolis, MN,
55440

**#2** <u>Because Hennepin County Violates My Life, a crime.</u>
They charged Phillips then claim the charge is dismissed with no compensation. #27-CR-23-3581 02/15/23.

**#3** Anne Gilmore Hennepin County stated upon opening her door, "You are not tall I thought you would be tall..."

Federal Court File No. 023-CV-02618 WMW/JFD

Page 06 of 08

# HURT FEELINGS REPORT

For use of this form, see FM 22-102; the proponent agency is TRADOC

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** 5 USC 301, Departmental Regulations; 10 USC 3013, Secretary of the Army and E.O. 9397 (SSN)
**PRINCIPAL PURPOSE:** To assist whiners in documenting hurt feelings, and to provide leaders with a list of soldiers who require additional counseling, NCO leadership, and extra duty..
**ROUTINE USES:** For subordinate leader development IAW FM 22-102. Leaders & whiners should use this form as necessary.
**DISCLOSURE:** Disclosure is voluntary, but repeated disclosure may result in a DA Form 779-1A, Report of Wall To Wall Counseling

## PART I – ADMINISTRATIVE DATA

| A. WHINER'S NAME (Last, First, MI) | B. RANK/GRADE | C. SOCIAL SECURITY NUMBER | D. DATE OF REPORT |
|---|---|---|---|
| | | | |

| E. ORGANIZATION | F. NAME & TITLE OF THE PERSON FILLING OUT THIS FORM |
|---|---|
| | |

## PART II – INCIDENT REPORT

| A. DATE FEELINGS WERE HURT | B. TIME OF HURTFULNESS | C. LOCATION OF HURTFUL INCIDENT | D. NCO OR OFFICER SYMPATHETIC TO WHINER |
|---|---|---|---|
| | | | |

| E. NAME OF REAL MAN/WOMAN WHO HURT YOUR SENSITIVE FEELINGS | F. RANK/GRADE | G. ORGANIZATION (If different from 1e above) |
|---|---|---|
| | | |

### E. INJURY (Mark all that apply)

1. WHICH EAR WERE THE WORDS OF HURTFULNESS SPOKEN INTO?
   ☐ LEFT  ☐ RIGHT  ☐ BOTH

2. IS THERE PERMANENT FEELING DAMAGE?
   ☐ YES  ☐ NO  ☐ MAYBE

3. DID YOU REQUIRE A "TISSUE" FOR TEARS?
   ☐ YES  ☐ NO  ☐ MULTIPLE _____

4. HAS THIS RESULTED IN A TRAUMATIC BRAIN INJURY?
   ☐ YES  ☐ NO  ☐ MAYBE

### F. REASON FOR FILING THIS REPORT (Mark all that apply)

| | | |
|---|---|---|
| I am thin skinned | The Army needs to fix my problems | Two beers is not enough |
| I am a wimp | My feelings are easily hurt | My hands should be in my pockets |
| I have woman/man-like hormones | I didn't sign up for this | I was not offered a post brief |
| I am a crybaby | I was told that I am not a hero | Someone requested a post brief |
| I want my mommy | The weather is to cold | All of the above and more |

### G. NARRATIVE (Tell us in your own sissy words how your feelings were hurt.)

#1 Federal crime, "reprint a document to Mock, Harass, Intimidate," This is from a Hennepin County Employee......

#2 while strapped for 23 hours without water, nutrition or a bathroom, Phillips is subject to "I'm doing you a favor working here I can make twice as much money working with Suburban Housewives"

## PART III - AUTHENTICATION

| a. PRINTED NAME OF REAL MAN/WOMAN | b. SIGNATURE | c. PRINTED NAME OF WHINER | d. SIGNATURE |
|---|---|---|---|
| | | | |

We, as the Army, take hurt feelings seriously. If you don't have someone who can give you a hug and make things all better, please let us know and we will promptly dispatch a "hugger" to you ASAP. In the event we are unable to find a "hugger" we will notify the fire department and request that they send fire personnel to your location. If you are in need of supplemental support, upon written request, we will make every reasonable effort to provide you with a "blankey", a "binky" and/or a bottle if you so desire.

DA FORM IMT WF1, APRIL 2009    EDITION OF APRIL 1989 IS OBSOLETE

07 Page of od;
Additional Facts: Response Oct. 07/2023
Court File No. 0:23-CV-2618 WMW/JFD

#1 Phillips, A Minneapolis Licensed TAXI-CAB Driver had no legal ability to provide Service in St. Paul is part of the base of
1. Phillips-vs-Henn.Co.
2. The denial of help,
3. The label's, and
4. The total denial of legal help....



SATURDAY + EARLY SUNDAY, NOVEMBER 4-5, 2023

**ARDEN HILLS**

# Motoris[t]

## Man was high on c[ocaine]

By Nick Ferraro
nferraro@pioneerpress.com

A St. Paul man was sentenced Friday to nearly nine years in prison for driving high on cocaine and crashing his speeding SUV into a pediatric and palliative care doctor who was on his way to work, killing the 40-year-old husband and father of three young children in Arden Hills in 2021.

Norman Darnell Toney, 36, had pleaded guilty in Ramsey County District Court to criminal vehicular homicide, gross negligence, in connection with the Nov. 9, 2021, crash that killed Daniel Schnobrich, who was remembered Friday in court as a man dedicated to his family and to his profession.

Schnobrich had just left his Arden Hills home to work a night shift at M Health Fairview University of Minnesota Medical Center. Schnobrich took night shifts so he could spend his days with his kids, who were ages 4, 6 and 7 at the time of the crash, his father, Jeffrey Schnobrich, said in court.

"Dan was going to be sure he was there for his kids," he said. "Except, now he's gone."

Toney's SUV plowed into Schnobrich's Toyota Camry at such a high speed that his seat belt broke and he was ejected from his car. Schnobrich died less than five hours later.

"It is amazing Dan sur-

"Predictable is preventable," Ostby said before handing down Toney's prison sentence.

"This tragic accident is not an accident," she said. "It didn't have to happen."

#2 Phillips open's the door to enter the Burger St. Paul Federal Court and is confronted with the U.S. Marshall's discrimination stating,

"The little guy (Heehaw!) thinks he can sue.... then RAU, we call people like you imbeciles, If I was afraid of you I'd just Call the U.S. Marshall's = Gimme that..."

See: Phillips -vs- U/Fairview — that. Judge Nelson and Tiffany Sanders PRO-SE legal. OUT OF COURT Settlement.

Mail Address, From: Phillips Ronald L. General Delivery Minneapolis, MN. 55440

Are there any JEWs here? There's always one of you! →



MSGT THOMASON D
SECTION SUPERVISOR



SSGT WORKMAN DA
TEAM CHIEF

Most talented Chow Runner ever. Jack London. Pab A. Workman



SGT CEASER LJ
TEAM MEMBER

To a young man that I admire very much because he is "Super J" in whatever he does (the Best Chow Run they ever was and ever will be. I wish you luck in the future
Sgt Larry J. Ceaser